Case 1:08-cv-00135-SHS    Document 15    Filed 01/23/2008    Page 1 of 3

Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
*Attorneys for Defendant KMPG LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

| | | |
|---|---|---|
| PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORADO; TENNESSEE CONSOLIDATED RETIREMENT SYSTEM; SJUNDE AP-FONDEN; FJÄRDE AP-FONDEN; And PENSIONSKASSERNES ADMINISTRATION A/S, Individually and Behalf of All Others Similarly Situated, | : : : : : : : : : | 08-CV-0135<br><br>**NOTICE OF APPEARANCE** |
| Plaintiffs, | : : | |
| v. | : : | |
| CITIGROUP INC., CHARLES O. PRINCE, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN, TODD S. THOMSON, ROBERT DRUSKIN, THOMAS G. MAHERAS, MICHAEL STUART KLEIN, DAVID C. BUSHNELL, JOHN C. GERSPACH, STEPHEN R. VOLK, GEORGE DAVID, and KPMG LLP, | : : : : : : : : : | |
| Defendants. | : | |

------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant KPMG LLP in the above-captioned action.

Please adjust your records accordingly and serve additional copies of all future pleadings, court papers and correspondence to the address listed below:

Peter N. Wang (PW 9216)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: pwang@foley.com

    Dated: January 23, 2008
    New York, New York

                                                    /s/ Peter N. Wang
                                                    Peter N. Wang (PW 9216)
                                                    FOLEY & LARDNER LLP
                                                    90 Park Avenue
                                                    New York, New York 10016
                                                    Tel: (212) 682-7474
                                                    Fax: (212) 687-2329

                                                    *Attorney for Defendant KMPG LLP*

## **CERTIFICATION OF SERVICE**

I, Peter N. Wang, an attorney with Foley & Lardner LLP, hereby certify that on this January 23, 2008, I caused the foregoing **Notice of Appearance for Peter N. Wang** to be electronically filed with the United States District Court for the Southern District of New York.

All documents were served electronically to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/Peter N. Wang
Peter N. Wang
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329