```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
TILLIE SALTZMAN, Individually and On          : CIVIL ACTION NO. 07-9901-SHS
Behalf of All Others Similarly Situated,      :
                                              : ECF CASE
        Plaintiff,                            :
                                              :
v.                                            :
                                              :
CITIGROUP INC., CHARLES O. PRINCE,            :
ROBERT E. RUBIN, STEPHEN R. VOLK,             :
SALLIE L. KRAWCHECK, GARY L.                  :
CRITTENDEN and ROBERT DRUSKIN,                :
                                              :
        Defendants.                           :
------------------------------------------------------------x
LENNARD HAMMERSCHLAG, Individually,           : CIVIL ACTION NO. 07-10258-SHS
and On Behalf of All Others Similarly Situated, :
                                              : ECF CASE
        Plaintiff,                            :
                                              :
v.                                            :
                                              :
CITIGROUP INC., CHARLES PRINCE,               :
SALLIE DRAWCHECK, GARY CRITTENDEN, :
                                              :
        Defendants.                           :
                                              :
------------------------------------------------------------x
PUBLIC EMPLOYEES' RETIREMENT                  : CIVIL ACTION NO. 08-00135-SHS
ASSOCIATION OF COLORADO; TENNESSEE            :
CONSOLIDATED REITREMENT SYSTEM;               : ECF CASE
SJUNDE AP-FONDEN; FJÄRDE AP-FONDEN;           :
And PENSIONSKASSERNES                         :
ADMINISTRATION A/S, Individually and Behalf   :
Of All Others Similarly Situated,             :
                                              :
        Plaintiffs,                           :
                                              :
CITIGROUP INC., CHARLES O. PRINCE,            :
SALLIE L. KRAWCHECK, GARY L.                  :
CRITTENDEN, TODD S. THOMSON,                  :
ROBERT DRUSKIN, THOMAS G. MAHERAS,            :



MICHAEL STUART KLEIN, DAVID C.          :
BUSHNELL, JOHN C. GERSPACH, STEPHEN     :
R. VOLK, GEORGE DAVID, and KPMG LLP,    :
                                        :
        Defendants.                     :
----------------------------------------x

## [PROPOSED] ORDER ADMITTING COUNSEL PRO HAC VICE

This matter having been brought before the Court by Plaintiff, through its counsel Berman DeValerio Pease Tabacco Burt & Pucillo, by motion pursuant to Local Rule 1.3(c) for an order admitting Michael J. Pucillo *pro hac vice*, it is hereby

ORDERED that Michael J. Pucillo, of the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo, be and hereby are admitted *pro hac vice* in connection with the above-styled actions and that he shall abide by the provisions of the Local Rules of this Court in all respects.

SO ORDERED.

Dated this 19th day of February, 2008.

_____
United States District Judge