USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORADO, TENNESSEE CONSOLIDATED RETIREMENT SYSTEM, SJUNDE AP-FONDEN, FJÄRDE AP-FONDEN, PENSIONSKASSERNES ADMINISTRATION A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>CITIGROUP INC., CHARLES O. PRINCE, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN, TODD S. THOMSON, ROBERT DRUSKIN, THOMAS G. MAHERAS, MICHAEL STUART KLEIN, DAVID C. BUSHNELL, JOHN C. GERSPACH, STEPHEN R. VOLK, GEORGE DAVID and KPMG LLP,<br><br>     Defendants. | ECF Case<br><br>No. 08-CV-0135 (SHS)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER |

  Plaintiffs Public Employees' Retirement Association of Colorado, Tennessee Consolidated Retirement System, Sjunde AP-Fonden, Fjärde AP-Fonden, and Pensionskassernes Administration A/S and Defendants Citigroup Inc., Charles O. Prince, Sallie L. Krawcheck, Gary L. Crittenden, Todd S. Thomson, Robert Druskin, Thomas G. Maheras, Michael Stuart Klein, David C. Bushnell, John C. Gerspach, Stephen R. Volk, George David, and KPMG LLP stipulate as follows:

  1.  At Defendants' request, the parties have agreed that Defendants' time to respond to (a) Plaintiffs' Motion to Require Related Parties to Preserve Documents and Other Evidence (the "Document Preservation Motion") and (b) Plaintiffs' Motion for an Order Partially Lifting the Private Securities Litigation Reform Act Discovery Stay (the "Discovery Stay Motion") shall

be adjourned pending the resolution of Plaintiffs' Motion for Consolidation, Appointment as Lead Plaintiffs, and Approval of Co-Lead Counsel (the "Lead Plaintiff Motion").

2. Immediately following the resolution of the Lead Plaintiff Motion, the parties will confer in good faith on a schedule for the filing of any responses and replies on the Document Preservation Motion and the Discovery Stay Motion.

3. This Stipulation and [Proposed] Order supersedes only paragraphs 3 and 4 of the Stipulation entered by the parties on January 28, 2008. The other terms of that January 28 Stipulation continue to constitute an agreement among the parties.

Dated: New York, New York
February 22, 2008

By: _____
Andrew J. Entwistle (AE-6513)
Johnston de F. Whitman, Jr. (JW-5781)
Richard W. Gonnello (RG-7098)
Jonathan H. Beemer (JB-0458)
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue
26th Floor West
New York, New York 10017
Telephone: (212) 894-7200

Andrew L. Barroway, Esq.
David Kessler, Esq.
Darren J. Check, Esq.
Sean M. Handler, Esq.
SCHIFFRIN BARROWAY TOPAZ
& KESSLER LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Attorneys for Plaintiffs Public Employees' Retirement Association of Colorado, Tennessee Consolidated Retirement System, Sjunde AP-Fonden, Fjärde AP-Fonden, and Pensionskassernes Administration A/S

2

By: _____
Lawrence B. Pedowitz (LP-9718)
George T. Conway III (GC-3181)
Jonathan M. Moses (JM-9049)
John F. Lynch (JL-6661)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000

Attorneys for Defendants Citigroup Inc.
and George David

3

By:  *Susanna M Buergel /JPC*
Brad S. Karp (BK-3702)
Susanna M. Buergel (SB-5394)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISSON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000

Attorneys for Defendants Citigroup Inc.,
Charles O. Prince, Sallie L. Krawcheck,
Gary L. Crittenden, Todd S. Thomson,
Robert Druskin, Thomas G. Maheras,
Michael Stuart Klein, David C. Bushnell,
John C. Gerspach, and Stephen R. Volk

4

By: *Robert A Scher /sac*
Peter N. Wang (PW-9216)
Robert A. Scher (RS-2910)
Sandra A. Chiocchi (SC-0368)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 687-7474

Attorneys for Defendant KPMG LLP

SO ORDERED: 2/29/08

*Sidney H. Stein*
Hon. Sidney H. Stein, U.S.D.J.